IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE SCOTT BADER
ADC #96787                                                                                               PETITIONER

VS.                                  5:09CV00218 WRW/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

(1)     Petitioner's Motion to Proceed *In Forma Pauperis* (docket entry #1) is DENIED, AS MOOT.

(2)     The Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #2) is DISMISSED, WITHOUT PREJUDICE, so that Petitioner can seek authorization from the Eighth Circuit, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

Dated this 13th day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE