# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

STEVE SCOTT BADER
ADC #96787                                                                                                    PETITIONER

VS.                                      5:09CV00218 WRW/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 13th day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE